# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

PATRICK LEJUAN STOKES, JR., )
)
    Plaintiff, )
)
v. ) CV621-011
)
JAVAKAH JOHNSON, and )
TREVONZA BOBBIT, )
)
    Defendants. )

## ORDER

The Court previously directed *pro se* prisoner Plaintiff Patrick Stokes to amend his § 1983 Complaint to clarify the facts supporting his allegation that the Defendants failed to protect him from gang violence while he was housed at Georgia State Prison ("GSP"). Doc. 10 at 9. He was likewise warned that failure to do so would result in dismissal. *See id.* at 14 (citing Fed. R. Civ. P. 41(b); S.D. Ga. L. Civ. R. 41.1). The Court directed the clerk to send its Order to both Plaintiff's apparent home address[1] and to his last known and most recent place of incarceration,

---

[1] *See* doc. 7, appearing to indicate Plaintiff's change of address and release from prison.

1

GSP. *Id.* at 16. The copy of the Order sent to GSP was returned as undeliverable, *see* doc. 11, but there is no indication that the copy sent to Plaintiff's ostensible home address suffered any complications in delivery. Nevertheless, Plaintiff failed to comply with this Court's April 4, 2023 Order to file an amended complaint. Therefore, the Court ordered him to show cause within fourteen days why his case should not be dismissed for his failure to prosecute this action and failure to comply with a court order. Doc. 12. He was further warned that his failure to submit both an explanation for his failure to comply and the Amended Complaint within fourteen days would result in dismissal of his case. *Id.* at 3. Again, the Order to Show Cause was mailed to Stokes' home address. Stokes has not complied even though six weeks have passed since the Order to Show Cause was issued. *See generally*, docket.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L. Civ. R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United*

*States*, CV491-277 (S.D. Ga. Jun. 10, 1992); *see also* doc. 6 at 6 (The Court's Order warned that "[f]ailure to file an Amended Complaint will result in a recommendation that this case be dismissed."). Accordingly, this case is **DISMISSED** for Stokes' failure to respond to this Court's Order and failure to prosecute the action. The Clerk is **DIRECTED** to close this case.

    **SO ORDERED**, this 15th day of June, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA