AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PATRICK LEJUAN STOKES, JR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 621-011

JAVAKAH JOHNSON, and TREVONZA BOBBIT,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 15, 2023, this case is dismissed due to Stokes' failure to respond to this Court's Order and failure to prosecute the action. This case stands closed.

Approved by: _____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

June 15, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
(By) Deputy Clerk

GAS Rev 10/2020